■ RUTH HINDEN, Appellant-Respondent, v MILTON HINDEN, Respondent-Appellant.—Cross appeals from stated portions of a judgment of the Supreme Court, Nassau County (Wager, J.), entered March 15, 1988.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Wager at the Supreme Court in his memorandum decision dated January 22, 1988. Mollen, P. J., Brown, Rubin and Sullivan, JJ., concur.

■ STACEY E. KRUIZE, Respondent, v CHRISTOPHER KRUIZE, Appellant.—In an action for a divorce and ancillary relief, the defendant husband appeals from an order of the Supreme Court, Westchester County (Delaney, J.), entered November 29, 1988, which denied his motion to compel the plaintiff wife to answer certain questions propounded at an examination before trial.

Ordered that the appeal is dismissed, with costs *(see, Roberts v Modica,* 102 AD2d 886; *Hughson v St. Francis Hosp.,* 93 AD2d 491). Brown, J. P., Lawrence, Eiber and Spatt, JJ., concur.